08-3650-cv
Matheson v. Ocwen Federal Bank FSB

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of February, two thousand ten.

PRESENT:
        ROBERT A. KATZMANN,
        REENA RAGGI,
            *Circuit Judges*,
        JOHN G. KOELTL,*
            *District Judge.*

---

Marilyn E. Matheson,

        *Plaintiff-Counter-*
        *Defendant-Appellant*,

        v.                                 08-3650-cv

Ocwen Federal Bank FSB, Delta Funding Corporation, Wells Fargo Bank Minnesota, National Association, as trustees for Delta Home Equity Loan Trust, Delta Funding Home Equity Loan Trust, Banker Trust Company of California, N.A., as Trustees for the Delta Funding Home Equity Loan Trust, Norwest Bank Minnesota, also as Trustee for the Delta Funding Home Equity Loan Trust,

---

    *The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

*Defendants-Counter-*
*Claimants-Appellees*,

Allstate Consultant, Inc., also known as
City Mortgage Bankers, Doe Corporation,
1 through X,

Defendants-Appellees.

_____

FOR APPELLANT: Marilyn E. Matheson, *pro se*, Rosedale, N.Y.

FOR APPELLEES: Kyra A. Grundeman (Daniel L. Cantor, Brian P. Brooks, *on the brief*), O'Melveny & Myers LLP, New York, N.Y.


Appeal from a judgment of the United States District Court for the Eastern District of New York (Vitaliano, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal be **DISMISSED for lack of jurisdiction**.

Marilyn E. Matheson, *pro se*, appeals from the district court's order granting summary judgment in favor of all defendants except Delta Funding Corporation and Delta Financial Corporation. We assume the parties' familiarity with the facts and procedural history.

Upon review of the record and case law, this Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Appellant's claims against Delta Funding Corporation and Delta Financial Corporation remain

2

unresolved because those defendants are protected by a bankruptcy stay, *see Manufacturers Hanover Trust Co. v. Yanakas*, 7 F.3d 310, 314-15 (2d Cir. 1993), and a final judgment as to fewer than all parties has not been entered as contemplated by Fed. R. Civ. P. 54(b). *See LTV Steel Co., Inc. v. United Mine Workers of America (In re Chateaugay Corp.)*, 928 F.2d 63, 64-65 (2d Cir. 1991)

For the reasons stated above, the appeal is DISMISSED without prejudice to a reinstatement should the district court certify "a final judgment as to one or more, but fewer than all, claims or parties" based on a finding of "no just reason for delay." Fed. R. Civ. P. 54(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk